IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-455-MOC-DCK

| | |
|---|---|
| DOMINIC SIMPSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For An Enlargement Of Time To File A Motion For Summary Judgment…" (Document No. 10) filed February 6, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting Plaintiff consents to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For An Enlargement Of Time To File A Motion For Summary Judgmnt…" (Document No. 10) is **GRANTED.** Defendant shall file his motion for summary judgment and supporting memorandum on or before **March 9, 2013**.

Signed: February 6, 2013

David C. Keesler
United States Magistrate Judge